## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **26–12832 –**   Chapter: **13**

**Shamil K Shemsu**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:   **Voluntary Petition**

PROBLEM:   **The following pleadings are missing.**

CURE:   **All of these pleadings must be filed by the date shown below.**

**Schedules A/B–J due 04/01/2026**
**Declaration for Schedules due 04/01/2026**
**Ch 13 Plan & Cert of Service due 04/01/2026**
**Stmt. of Fin. Affairs due 04/01/2026**
**Matrix Verification due 04/01/2026**
**Summary of Assets and Liab. due 04/01/2026**
**Ch 13 Income Form 122C–1 due 04/01/2026**

CONSEQUENCE:   **If the problem is not cured by the date below,**
**YOUR CASE WILL BE DISMISSED WITHOUT A**
**HEARING.**

This notice is issued pursuant to:   **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**
**Federal Rule of Bankruptcy Procedure 3015(b)**

**All deficiencies must be cured by 4/1/26.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 3/18/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, TeAmo Amoes

cc:   Debtor
Attorney for Debtor – Damani K Ingram

Form ntcddl (03/05)