**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |
|---|---|
| *In Re:* | ) |
|  | ) |
| **SHAMIL K. SHEMSU,** | ) |
|  | ) Case No. **26-12832 MCR** |
|  | ) Chapter 13 |
| Debtor, | ) |
|  | ) |
|  | ) |
|  | ) |

**MOTION FOR EXTENSION TO FILE CHAPTER 13 SUMMARY
SCHEDULES A-J, DECLARATION, STATEMENT OF
FINANCIAL AFFAIRS, FORM 122C-1 AND
CHAPTER 13 PLAN & CERTIFICATE OF SERVICE**

Debtor(s), **SHAMIL K. SHEMSU**, by and through his attorney, Damani K. Ingram, requests an extension to file his Chapter 13 Summary of Schedules, Schedules A-J, Declaration, Statement of Financial Affairs, Form 122C-1, Chapter 13 Plan, and Certificate of Service and states:

1.    On March 18, 2026, the debtor filed for Chapter 13 bankruptcy relief.

2.    Debtor's Chapter 13 Summary of Schedules, Schedules A-J, Declaration of Schedules, Statement of Financial Affairs, Form 122C-1, Chapter 13 Plan, and Certificate of Service are due fourteen (14) days after filing.

3.    Debtor will need additional time to file his Chapter 13 Summary of Schedules, Schedules A-J, Declaration of Schedules, Statement of Financial Affairs, Form 122C-1, Chapter 13 Plan, and Certificate of Service.

**WHEREFORE**, Debtor, requests this Court grant his request for additional time to file his Chapter 13 Summary of Schedules, Schedules A-J, Declaration of Schedules, Statement of Financial Affairs, Form 122C-1, Chapter 13 Plan, and Certificate of Service.

Dated:   March 31, 2026

Respectfully submitted,

*/s/Damani K. Ingram*
Damani K. Ingram, Esq.
MD26320
THE INGRAM FIRM, LLC
5457 Twin Knolls Road
Suite 301
Columbia, MD 21045
P: (410) 992-6603
F: (410) 992-6671
E:  ingramlawfirm@gmail.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st  day of March 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the **Motion for Extension** will be served electronically by the Court's CM/ECF system on the following:

*Timothy P. Branigan cmecf@chapter13maryland.com*

*Damani K Ingram ingramlawfirm@gmail.com,*
*g10633@notify.cincompass.com,*
*ingram.damanik.b126034@notify.bestcase.com,*
*bk@ingfirm.com*

I HEREBY FURTHER CERTIFY that on the 31st day of March 2026, a copy of the **Motion for Extension** was also mailed first-class mail, postage prepaid to creditors listed below:

Anwar Ahmed
4481 Regalwood Terrace
Burtonsville, MD 20866


Anwar Ahmed-vs-Shamil LLC, et. al.


Cbna
Attn: Citicorp Cr Srvs Centralized Bankr
PO Box 790040
Saint Louis, MO 63179-0040


Cbna
PO Box 6497
Sioux Falls, SD 57117-6497


Freedom Mortgage Corp
Attn: Bankruptcy
951 W Yamato Rd Ste 175
Boca Raton, FL 33431-4444


Freedom Mortgage Corp
11988 Exit 5 Pkwy
Bldg
Fishers, IN 46037-7939


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Mariusz, Kurzyna
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910

Office of the Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202


Richard J. Bianco, Esq.
1255 Union Street NE, 7th Floor
Washington, DC 20002


Santander Bank
Santander Consumer USA Inc., Attn: Bankr
PO Box 961245
Fort Worth, TX 76161-0244


Santander Bank
PO Box 961211
Fort Worth, TX 76161-0211


Synovusbk/greensky
Attn: Bankruptcy
5565 Glenridge Connector Ste 700
Atlanta, GA 30342-4796


Synovusbk/greensky
5565 Glenridge Connector
Atlanta, GA 30342-4756


Thd/Cbna
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790046
Saint Louis, MO 63179-0046


Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

U S Dept of Ed/Gsl/Atl
Attn: Bankruptcy
400 Maryland Ave SW
Washington, DC 20202-0001


U S Dept of Ed/Gsl/Atl
PO Box 5609
Greenville, TX 75403-5609


Wfbna Auto
PO Box 71092
Charlotte, NC 28272-1092


Wfbna Card
Attn: Bankruptcy
PO Box 393
Minneapolis, MN 55480-0393


Wfbna Card
PO Box 393
Minneapolis, MN 55480-0393


*/s/ Damani K. Ingram*
Damani K. Ingram, Esquire