# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re   **Shamil K Shemsu**                                    Case No.   **26-12832**
                                    Debtor(s)         Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 13, 2026**                    **/s/ Shamil K Shemsu**
                                    **Shamil K Shemsu**
                                    Signature of Debtor

Date:   **April 13, 2026**                    **/s/ Damani K. Ingram**
                                    Signature of Attorney
                                    **Damani K. Ingram 26320**
                                    **THE INGRAM FIRM LLC**
                                    **5457 Twin Knolls Road Suite 301**
                                    **Columbia, MD 21045**
                                    **(410) 992-6603 Fax: (410) 992-6671**

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

26-12832

Anwar Ahmed
4481 Regalwood Terrace
Burtonsville, MD 20866


Anwar Ahmed-vs-Shamil LLC, et. al.


Cbna
Attn: Citicorp Cr Srvs Centralized Bankr
PO Box 790040
Saint Louis, MO 63179-0040


Cbna
PO Box 6497
Sioux Falls, SD 57117-6497


Freedom Mortgage Corp
Attn: Bankruptcy
951 W Yamato Rd Ste 175
Boca Raton, FL 33431-4444


Freedom Mortgage Corp
11988 Exit 5 Pkwy
Bldg
Fishers, IN 46037-7939


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Mariusz, Kurzyna
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910


Office of the Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202


Richard J. Bianco, Esq.
1255 Union Street NE, 7th Floor
Washington, DC 20002

Santander Bank
Santander Consumer USA Inc., Attn: Bankr
PO Box 961245
Fort Worth, TX 76161-0244


Santander Bank
PO Box 961211
Fort Worth, TX 76161-0211


Synovusbk/greensky
Attn: Bankruptcy
5565 Glenridge Connector Ste 700
Atlanta, GA 30342-4796


Synovusbk/greensky
5565 Glenridge Connector
Atlanta, GA 30342-4756


Thd/Cbna
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790046
Saint Louis, MO 63179-0046


Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497


U S Dept of Ed/Gsl/Atl
Attn: Bankruptcy
400 Maryland Ave SW
Washington, DC 20202-0001


U S Dept of Ed/Gsl/Atl
PO Box 5609
Greenville, TX 75403-5609


Wfbna Auto
PO Box 71092
Charlotte, NC 28272-1092


Wfbna Card
Attn: Bankruptcy
PO Box 393
Minneapolis, MN 55480-0393

Wfbna Card
PO Box 393
Minneapolis, MN 55480-0393