# United States Bankruptcy Court
## District of Maryland, Baltimore Division

In re   **Shamil K Shemsu**            Case No.    **26-12832**

                          Debtor(s)         Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 13, 2026**, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the **Schedules A-J, Declaration, Summary, Form 122C-1, SOFA, Verification of Creditor Matrix, Chapter 13 Plan and LBF-M1** will be served electronically by the Court's CM/ECF system on the following:

*Timothy P. Branigan cmecf@chapter13maryland.com*

*Damani K Ingram ingramlawfirm@gmail.com,*
*g10633@notify.cincompass.com,*
*ingram.damanik.b126034@notify.bestcase.com,*
*bk@ingfirm.com*

*Mary Christine Maggard christine.maggard@brockandscott.com,*
*wbecf@brockandscott.com*

I hereby further certify that on **April 13, 2026**, a copy of **Schedules A-J, Declaration, Summary, Form 122C-1, SOFA, Verification of Creditor Matrix, Chapter 13 Plan and LBF-M1** was also mailed first class mail, postage prepaid to:

**Freedom Mortgage Corp**
**Attn: Bankruptcy**
**951 W Yamato Rd**
**Ste 175**
**Boca Raton, FL 33431-4444**

**Freedom Mortgage Corp**
**11988 Exit 5 Pkwy**
**Bldg**
**Fishers, IN 46037-7939**

**Santander Bank**
**Santander Consumer USA Inc., Attn: Bankruptcy**
**PO Box 961245**
**Fort Worth, TX 76161-0244**

**Santander Bank**
**PO Box 961211**
**Fort Worth, TX 76161-0211**

**Wfbna Auto**
**PO Box 71092**
**Charlotte, NC 28272-1092**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**

**Philadelphia, PA 19101-7346**

**Office of the Comptroller of Maryland**
**Bankruptcy Unit**
**7 St. Paul Street, Suite 230**
**Baltimore, MD 21202**

**Anwar Ahmed**
**4481 Regalwood Terrace**

**Burtonsville, MD 20866**

**Mariusz, Kurzyna**
**8757 Georgia Avenue, Suite 400**
**Silver Spring, MD 20910**

**Richard J. Bianco, Esq.**
**1255 Union Street NE, 7th Floor**
**Washington, DC 20002**

**Anwar Ahmed-vs-Shamil LLC, et. al.**

**Cbna**
**Attn: Citicorp Cr Srvs Centralized Bankruptcy**
**PO Box 790040**
**Saint Louis, MO 63179-0040**

**Cbna**
**PO Box 6497**
**Sioux Falls, SD 57117-6497**

**Synovusbk/greensky**
**Attn: Bankruptcy**
**5565 Glenridge Connector**
**Ste 700**
**Atlanta, GA 30342-4796**

**Synovusbk/greensky**
**5565 Glenridge Connector**
**Atlanta, GA 30342-4756**

**Thd/Cbna**
**Citicorp Cr Srvs/Centralized Bankruptcy**
**PO Box 790046**
**Saint Louis, MO 63179-0046**

**Thd/Cbna**
**PO Box 6497**
**Sioux Falls, SD 57117-6497**

**U S Dept of Ed/Gsl/Atl**
**Attn: Bankruptcy**
**400 Maryland Ave SW**
**Washington, DC 20202-0001**

**U S Dept of Ed/Gsl/Atl**
**PO Box 5609**
**Greenville, TX 75403-5609**

**Wfbna Card**
**Attn: Bankruptcy**
**PO Box 393**
**Minneapolis, MN 55480-0393**

**Wfbna Card**
**PO Box 393**
**Minneapolis, MN 55480-0393**

**Shamil LLC**
**7711 Georgia Avenue Northwest**
**Washington, DC 20012**

**Muhaba J. Ahmed**

**/s/ Damani K. Ingram**

**Damani K. Ingram 26320**
**THE INGRAM FIRM LLC**
**5457 Twin Knolls Road Suite 301**
**Columbia, MD 21045**
**(410) 992-6603 Fax:(410) 992-6671**
**ingramlawfirm@gmail.com**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com