Entered: May 21st, 2026
Signed: May 19th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **26–12832 – MCR**     Chapter: **13**

**Shamil K Shemsu**
Debtor

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION OF DEBTOR

Upon consideration of the Motion by Anwar Ahmed for a Federal Bankruptcy Rule 2004 Examination of Debtor, it appearing that cause exists for said examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtor is directed to attend an examination pursuant to Federal Bankruptcy Rule 2004(d) at a reasonable time and place specified by Movant for said examination on at least fourteen (14) days written notice and to produce for examination those documents as set forth in the Document Request attached to the Motion for Examination under Federal Bankruptcy Rule 2004, unless protected by further order of this Court.

cc:   Debtor
    Attorney for Debtor – Damani K Ingram
    Movant – Anwar Ahmed
    Attorney for Movant - Mariusz Kurzyna
    Case Trustee – Timothy P. Branigan

## End of Order

41x01 (rev. 12/01/2009) – TeAmoAmoes